A95A1253. DEPARTMENT OF TRANSPORTATION v. SHARPE
et al.
(511 SE2d 244)

BLACKBURN, Judge.

In *Dept. of Transp. v. Sharpe*, 226 Ga. App. 354 (486 SE2d 619) (1997), we reversed the judgment of the trial court. The Supreme Court granted certiorari and reversed our decision in *Sharpe v. Dept. of Transp.*, 270 Ga. 101 (505 SE2d 473) (1998). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment affirmed. McMurray, P. J., and Andrews, J., concur.*

DECIDED JANUARY 27, 1999.

*Michael J. Bowers, Attorney General, George P. Shingler, Deputy Attorney General, Sell & Morton, John A. Draughon, Michelle W. Johnson*, for appellant.

*Daniel, Lawson, Tuggle & Jerles, Tom W. Daniel, William R. Jerles, Jr.*, for appellees.